1914.) Actions by Armond E. Wheaton against George Griffin and by George Griffin against Armond E. Wheaton. No opinion. Motions denied. See, also, 148 N. Y. Supp. 1118, 1150.

WHITE, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Washington White against Mary White, individually and as administratrix, etc., and others. No opinion. Order (84 Misc. Rep. 114, 146 N. Y. Supp. 368) affirmed, with $10 costs and disbursements.

WILKES, Respondent, v. RIX et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Grant B. Wilkes against William A. Rix and others. No opinion. Judgment and order affirmed, with costs.

In re WILLIAM B. DANA CO. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of the appraisal under the Transfer Tax Law (Consol. Laws, c. 60, §§ 220–245) of 655 shares of stock of the William B. Dana Company held by Jacob Seibert, Jr., as trustee. No opinion. Order of the Surrogate's Court of Suffolk County affirmed, with $10 costs and disbursements.

WILSON, Appellant, v. LYNCH, Respondent. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by John W. Wilson against John H. Lynch. No opinion. Order affirmed, with $10 costs and disbursements.

WISE, Respondent, v. HOADLEY, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Charles S. Wise against Joseph H. Hoadley. R. P. Buell, of New York City, for appellant. C. Levy, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WOOD et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Allen C. Wood and another against Mason M. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

WRIGHT, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Joseph M. Wright against Arthur B. Clark and others.

PER CURIAM. We think that the judgment appealed from (81 Misc. Rep. 527, 142 N. Y. Supp. 812), should be reversed. We are of opinion that it was reversible error for the learned trial court to receive in evidence, over objection and exception, the findings of the jury in the former lunacy proceeding, and the order confirming them, inasmuch as said findings and order had been rendered absolutely inoperative by the entry of the order vacating the same and directing a new trial in said proceeding. We think that under the circumstances of this case it would be advisable that either party should apply at Special Term for an order directing the framing of issues for a trial by jury. Judgment reversed, and new trial granted; costs to abide the final award of costs.

YAKNIUNAS, Respondent, v. NEW YORK BOTTLE BOX CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Ignacy Yakniunas against the New York Bottle Box Company. No opinion. Judgment and order unanimously affirmed, with costs.

ZANELLO, Respondent, v. CULKIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Alexander Zanello against J. Anthony Culkin and another, as copartners, etc. No opinion. Judgment and order affirmed, with costs.

ZEHDEN, Respondent, v. YOUNG MEN'S CHRISTIAN ASS'N OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Elizabeth Zehden against the Young Men's Christian Association of the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

In re ZINTSMASTER. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) In the matter of the application of Nellie L. Zintsmaster for the appointment of commissioners to determine damages occasioned to the property of the petitioner by the change of grade of West German street in the village of Herkimer. No opinion. Order affirmed, with costs.

END OF CASES IN VOL. 149

*